IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT NASHVILLE

FEBRUARY 1998 SESSION

**FILED**

**May 27, 1998**

**Cecil W. Crowson**
**Appellate Court Clerk**

| TRACY HIGGINBOTHAM | ) | |
| | ) | |
| Appellant, | ) | C.C.A. No. 01C01-9704-CC-00126 |
| | ) | |
| vs. | ) | WAYNE COUNTY |
| | ) | |
| STATE OF TENNESSEE, | ) | Honorable Jim T. Hamilton |
| | ) | |
| Appellee. | ) | (Habeas Corpus) |
| | ) | |
| | ) | |

## SEPARATE CONCURRING OPINION

I concur in the results in this case. In <u>State v. Milton S. Jones, Jr.</u>, No. 02C01-9503-CR-00061, slip op. at 5 (Tenn. Crim. App., at Jackson, March 7, 1997), a panel of this court ruled that mens rea is an element of offenses such as sexual battery or rape. While I subscribe to the view expressed in <u>Jones</u>, I do concur that the allegations in these indictments do imply the mens rea.

_____
Gary R. Wade, Judge